IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUSTIN M. LONGWORTH, | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Case No. 5:19-CT-3199<br>)<br>) |
| SHERRY M. BECK,<br>ANDREW MANSUKHANI,<br>ANTHONY T. SCARANTINO,<br>PATRICK BURRELL, and<br>MATTHEW W. HAUGHT, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## [Proposed] <u>ORDER</u>

Having reviewed the Defendant Mansukhani's Motion to Dismiss for Failure to State a Claim Pursuant to Fed. R. Civ. P. 12(b)(6) (Dkt. No. 45) and the briefs submitted by the parties, the Court finds that:

1. Plaintiff's claims do not present a new *Bivens* context, as failure to protect inmates from mistreatment in prison has long been recognized as a *Bivens* context.

2. Plaintiff has sufficiently pled facts that give rise to plausible claims for deliberate indifference by Defendant Mansukhani.

3. The law recognizes claims for failures to train and supervise in the *Bivens* context, and Plaintiff has sufficiently pled facts supporting these claims.

For these reasons, it is hereby

ORDERED that the Motion (Dkt. No. 45) be DENIED.

SO ORDERED.

This the ___ day of October, 2020.

_____
The Honorable Louise W. Flanagan
United States District Judge